AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Genentech, Inc. <br><br> *Plaintiff(s)* <br> v. <br> JHL Biotech, Inc., Xanthe Lam, Allen Lam, James Quach, Racho Jordanov, Rose Lin, and John Chan <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:18-cv-06582 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JHL BIOTECH, INC.
XANTHE LAM
ALLEN LAM
JAMES QUACH
RACHO JORDANOV
ROSE LIN
JOHN CHAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elliot Peters
Keker, Van Nest & Peters, LLP
633 Battery St.
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 11/06/2018

*Felicia Brown* Felicia Brown
*Signature of Clerk or Deputy Clerk*