```
KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>        Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept:    Courtroom 12 - 19th Floor<br>Judge:   Hon. William Alsup<br><br>Date Filed:  October 29, 2018<br>Trial Date:  None Set |

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 6, 2018, I served the following documents:

1. SUMMONS
2. COMPLAINT
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
4. STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER
5. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
7. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (BROCHURE)
8. PLAINTIFF GENENTECH, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
9. [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION
10. DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
11. DECLARATION OF DOUGLAS BALOGH, PH.D. IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
12. DECLARATION OF DANIEL J. KIRSHMAN IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
13. DECLARATION OF JAMIE MOORE IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
14. DECLARATION OF PAUL BEZY IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]

15. DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION

16. DECLARATION OF PAUL T. FRENCH IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [UNREDACTED]

17. PLAINTIFF GENENTECH INC.'S STATEMENT REGARDING TRADE SECRETS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 2019.210 [REDACTED]

18. PLAINTIFF GENENTECH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

19. DECLARATION OF MAYA PERELMAN IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

20. [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

21. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

22. PLAINTIFF GENENTECH, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

23. AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION

24. CLERK'S NOTICE RESCHEDULING CMC ON REASSIGNMENT

25. SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP

26. ECF REGISTRATION INFORMATION (HANDOUT)

☑ by **CERTIFIED UNITED STATES MAIL/RETURN RECEIPT REQUESTED** by placing copies in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

1309184.v3

Rose Lin
COO and General Manager
JHL Biotech, Inc.
611 Signal Peak St.
Las Vegas, NV 89138

James Huang
Chairman of the Board
JHL Biotech, Inc.
17017 George Washington Dr.
Rockville, MD 20853

Executed on November 6, 2018, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Roseann Cirelli