KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com 633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

FILED
NOV - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50, <br><br> Defendants. | Case No. 3:18-cv-06582-WHA <br><br> **DECLARATION OF MAILING PURSUANT TO FRCP 4(f)(2)(C)(ii)** <br><br> Dept: Courtroom 12 - 19th Floor <br> Judge: Hon. William Alsup <br><br> Date Filed: October 29, 2018 <br> Trial Date: None Set |

I, _____, declare as follows:

1. I am a Deputy Clerk of the United States District Court, Northern District of California. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. With the authorization of and on behalf of the Clerk of Court, and consistent with the requirements of Federal Rule of Civil Procedure 4(f)(2)(C)(ii), I addressed and sent copies of the following documents in the above-caption matter:

   i. SUMMONS
   ii. COMPLAINT
   iii. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   iv. STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER
   v. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
   vi. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
   vii. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (BROCHURE)
   viii. PLAINTIFF GENENTECH, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
   ix. [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION
   x. DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
   xi. DECLARATION OF DOUGLAS BALOGH, PH.D. IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
   xii. DECLARATION OF DANIEL J. KIRSHMAN IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]
   xiii. DECLARATION OF JAMIE MOORE IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED]

|   |   |   |
|---|---|---|
| 1 | xiv. | DECLARATION OF PAUL BEZY IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [REDACTED] |
| 3 | xv. | DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION |
| 5 | xvi. | DECLARATION OF PAUL T. FRENCH IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION [UNREDACTED] |
| 7 | xvii. | PLAINTIFF GENENTECH INC.'S STATEMENT REGARDING TRADE SECRETS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 2019.210 [REDACTED] |
| 9 | xviii. | PLAINTIFF GENENTECH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| 10 | xix. | DECLARATION OF MAYA PERELMAN IN SUPPORT OF PLAINTIFF GENENTECH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| 12 | xx. | [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| 13 | xxi. | CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| 15 | xxii. | PLAINTIFF GENENTECH, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION |
| 16 | xxiii. | AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION |
| 17 | xxiv. | CLERK'S NOTICE RESCHEDULING CMC ON REASSIGNMENT |
| 18 | xxv. | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP |
| 20 | xxvi. | ECF REGISTRATION INFORMATION (HANDOUT) |

3. True copies of the documents were mailed via FedEx Express in sealed envelopes with postage fully prepaid and signed receipts required to the following recipients:

General Manager
JHL Biotech, Inc.
5F., No. 18, Sec. 2, Shengyi Rd.
Zhubei City, Hsinchu County 302
Taiwan (R.O.C.)

1  Racho Jordanov
   JHL Biotech, Inc.
2  5F., No. 18, Sec. 2, Shengyi Rd.
   Zhubei City, Hsinchu County 302
3  Taiwan (R.O.C.)

4  Rose Lin
   JHL Biotech, Inc.
5  5F., No. 18, Sec. 2, Shengyi Rd.
   Zhubei City, Hsinchu County 302
6  Taiwan (R.O.C.)

   4.   The mailing occurred at ___San Francisco___, California, on November _6_, 2018.

   Dated: November _6_, 2018

                                SUSAN Y. SOONG
                                CLERK OF COURT

                         By: ___THELMA NUDO___
                                *Signature of Deputy Clerk*

---

3
DECLARATION OF MAILING PURSUANT TO FRCP 4(f)(2)(C)(ii)
Case No. 3:18-cv-06582-WHA

1269626