O'MELVENY & MYERS LLP
DAVID EBERHART - #195474
deberhart@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:     415 984 8876
Facsimile:     415 984 8701

*Attorneys for Defendant
JHL BIOTECH, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No. 3:18-cv-06582-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that David R. Eberhart of the law firm O'Melveny & Myers LLP, who is a member of the bar of this Court, hereby enters his appearance in this action on behalf of Defendant JHL Biotech, Inc. ("JHL").  This Notice of Appearance is not a waiver of any claims or defenses JHL may have, and all such claims and defenses are expressly reserved by JHL.

Dated:  November 14, 2018                         O'MELVENY & MYERS LLP

                                              By:   */s/ David R. Eberhart*
                                                    David R. Eberhart

                                                    Attorneys for Defendant
                                                    JHL BIOTECH, INC.