KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

O'MELVENY & MYERS LLP
DARIN SNYDER - #136003
dsnyder@omm.com
MICHAEL TUBACH - #145955
mtubach@omm.com
DAVID EBERHART - #195474
deberhart@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    415 984 8876
Facsimile:    415 984 8701

Attorneys for Defendant
JHL BIOTECH, INC.

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:18-cv-06582-WHA<br><br>***CORRECTED* STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, RULE 12 MOTIONS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Dept:　　Courtroom 12 - 19th Floor<br>Judge:　　Hon. William Alsup<br><br>Date Filed: October 29, 2018<br>Trial Date: Not Set |

CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO
RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

**STIPULATION**

Pursuant to Civil Local Rule 6-2, and supported by the accompanying Declaration of Elizabeth K. McCloskey, Plaintiff Genentech, Inc. ("Genentech") and Defendants JHL Biotech, Inc., Xanthe Lam, Allen Lam, James Quach, Racho Jordanov, Rose Lin, and John Chan (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court grant an enlargement of time to respond to the Complaint, Motion for Preliminary Injunction and to Continue the Initial Case Management Conference as follows:

WHEREAS, Genentech filed its Complaint on October 29, 2018 [Dkt 1];

WHEREAS, Genentech served its Complaint on Defendants Xanthe and Allen Lam on October 31, 2018; Defendant James Quach on November 6, 2018; Defendant John Chan on November 7, 2018; Defendant Racho Jordanov on November 8, 2018; Defendant JHL Biotech, Inc. on November 12, 2018; and Defendant Rose Lin on November 13, 2018;

WHEREAS, Defendants' responsive pleadings were due between November 21, 2018 and December 4, 2018, depending on the date of service of the Complaint;

WHEREAS, Genentech filed its Motion for Preliminary Injunction on November 5, 2018 [Dkt 20], and Defendants' responses were due on November 19, 2018;

WHEREAS, on November 6, 2018, the Court scheduled an Initial Case Management Conference for January 31, 2019 [Dkt 27];

WHEREAS, to economize the Court's and the parties' resources, to enable time for the negotiation and entry of a protective order and Defendants' subsequent review of relevant materials Genentech has filed under seal, and to coordinate deadlines to the extent practicable, the parties have agreed to the following proposed deadlines for Defendants' responses to the Complaint and oppositions to Genentech's Motion for Preliminary Injunction; Genentech's opposition to any motion filed by Defendants under Fed. R. Civ. P. 12, in response to the Complaint; Defendants' replies in support of any motion filed under Fed. R. Civ. P. 12; and the Initial Case Management Conference:

///

///

1

CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO
RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

| Filings | Proposed Deadline |
|---|---|
| Defendants' responses to the Complaint | January 11, 2019 |
| Defendants' oppositions to Genentech's Motion for Preliminary Injunction | January 11, 2019 |
| If any Defendant files, in response to the Complaint, a motion under Fed. R. Civ. P. 12, Genentech's oppositions to such motions | January 25, 2019 |
| Genentech's reply in support of Motion for Preliminary Injunction | February 1, 2019 |
| Defendants' replies in support of any motion filed, in response to the Complaint, under Fed. R. Civ. P. 12 | February 1, 2019 |
| Case Management Statement | February 7, 2019, subject to the Court's availability to hold the Initial Case Management Conference on February 14, 2019 |
| Initial Case Management Conference; Hearing on Genentech's Motion for Preliminary Injunction; Hearing on any motion(s) filed by Defendants under Fed. R. Civ. P. 12 in response to the Complaint | February 14, 2019 at 9:30 a.m., subject to the Court's availability |

WHEREAS, Defendants agree that the extension of time to file oppositions to the Motion for Preliminary Injunction shall not provide any basis to oppose that motion;

WHEREAS, if any Defendant files a motion to stay this action or any portion thereof, it shall be filed on January 11, 2019; Genentech shall file its opposition on January 25, 2019; Defendants shall file replies on February 1, 2019; and the Court will set a hearing on any motion to stay for the same date as the hearing on Genentech's Motion for Preliminary Injunction, subject to the Court's availability; notwithstanding the foregoing, any Defendant may file a motion to stay (a) prior to January 11, 2019, if based on or in response to any motion filed by Genentech on or after November 14, 2018 and/or (b) subsequent to January 11, 2019.

///

2
CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

WHEREAS, this stipulation/notice is not a waiver of any claims or defenses any party may otherwise have, and all such claims and defenses are expressly reserved by each party.

WHEREFORE, pursuant to Civil Local Rule 6-2, the parties stipulate and agree that:

1. Defendants' time to file their responses to Genentech's Complaint shall be extended to **January 11, 2019**;

2. Defendants' time to file their responses to Genentech's Motion for Preliminary Injunction shall be extended to **January 11, 2019**;

3. If any Defendant files, in response to the Complaint, a motion under Fed. R. Civ. P. 12, Genentech's oppositions to such motions shall be filed on **January 25, 2019**;

4. Genentech's reply in support of its Motion for Preliminary Injunction shall be filed on **February 1, 2019**;

5. If any Defendant files, in response to the Complaint, a motion under Fed. R. Civ. P. 12, Defendants' replies in support of such motion shall be filed on **February 1, 2019**;

6. The hearing on Genentech's Motion for Preliminary Injunction and any motion filed by Defendants under Fed. R. Civ. P. 12 shall be set for **February 14, 2019 at 9:30 a.m.**, or on such other date as is convenient to the Court;

7. The Initial Case Management Conference shall be continued to **February 14, 2019 at 9:30 a.m.**, or to such other date as is convenient to the Court, with a Joint Case Management Statement due one week before the Conference; and

8. If any Defendant files a motion to stay any portion of this action, it shall be filed on **January 11, 2019**; Genentech shall file its opposition on **January 25, 2019**; and Defendants shall file replies on **February 1, 2019**; notwithstanding the foregoing, any Defendant may file a motion to stay (a) prior to January 11, 2019, if based on or in response to any motion filed by Genentech on or after November 14, 2018, and/or (b) subsequent to January 11, 2019.

3

CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

Apart from continuing the Initial Case Management Conference as set forth above, the parties have not previously requested any time modifications in this case. The stipulated briefing schedule will not alter the date of any other deadline or event already fixed by this Court.

Dated: November 15, 2018                    KEKER, VAN NEST & PETERS LLP

                                            By: */s/ Elliot R. Peters*
                                                 ELLIOT R. PETERS

                                                 Attorney for Plaintiff
                                                 GENENTECH, INC.

Dated: November 15, 2018                    O'MELVENY & MYERS LLP

                                            By: */s/ Michael Tubach*
                                                 MICHAEL TUBACH

                                                 Attorney for Defendant
                                                 JHL BIOTECH, INC.

Dated: November 15, 2018                    LAW OFFICES OF DAVID H.
                                            SCHWARTZ, INC.

                                            By: */s/ David H. Schwartz*
                                                 DAVID H. SCHWARTZ

                                                 Attorney for Defendants
                                                 Xanthe Lam, Allen Lam

Dated: November 15, 2018                    SWANSON & MCNAMARA LLP

                                            By: */s/ Ed Swanson*
                                                 ED SWANSON

                                                 Attorney for Defendant
                                                 Racho Jordanov

4
CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO
RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

Dated: November 15, 2018					RAMSEY & EHRLICH LLP

						By:	*/s/ Miles Ehrlich*
							MILES EHRLICH

							Attorney for Defendant
							Rose Lin

Dated: November 15, 2018					BOERSCH SHAPIRO LLP

						By:	*/s/ Martha Boersch*
							MARTHA BOERSCH

							Attorney for Defendant
							James Quach

Dated: November 15, 2018					JRA LAW PARTNERS, LLP

						By:	*/s/ Rod Divelbiss*
							ROD DIVELBISS

							Attorney for Defendant
							John Chan


## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 15, 2018
					*/s/Elliot R. Peters*
					ELLIOT R. PETERS

5
CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO
RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. Defendants' time to file their responses to Genentech's Complaint shall be extended to **January 11, 2019;**

2. Defendants' time to file their responses to Genentech's Motion for Preliminary Injunction shall be extended to **January 11, 2019;**

3. If any Defendant moves under Fed. R. Civ. P. 12 in response to the Complaint, Genentech's oppositions to such motions shall be filed on **January 25, 2019**;

4. Genentech's reply in support of its Motion for Preliminary Injunction shall be filed on **February 1, 2019**;

5. If any Defendant moves under Fed. R. Civ. P. 12 in response to the Complaint, Defendants' replies in support of such motion shall be filed on **February 1, 2019**;

6. The hearing on Genentech's Motion for Preliminary Injunction and any motion filed by Defendants under Fed. R. Civ. P. 12 in response to the Complaint shall take place on _____; and

7. The Initial Case Management Conference set for January 31, 2019 shall be continued to _____, with a Joint Case Management Statement due one week before the Conference;

8. If any Defendant files a motion to stay any portion of this action, it shall be filed on **January 11, 2019**; Genentech shall file its opposition on **January 25, 2019**; and Defendants shall file any reply on **February 1, 2019**; notwithstanding the foregoing, any Defendant may file a motion to stay (a) prior to January 11, 2019, if based on or in response to any motion filed by Genentech on or after November 14, 2018, and/or (b) subsequent to January 11, 2019.

Dated: _____

Hon. William H. Alsup
United States District Judge

6

CORRECTED STIPULATED REQUEST FOR ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT, MOT. FOR PI, RULE 12 MOTIONS, AND TO CONTINUE CMC
Case No. 3:18-cv-06582-WHA

1310822.v1