MILES EHRLICH (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY E. CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Rose Lin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GENENTECH, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>              Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY KATHARINE KATES FOR DEFENDANT ROSE LIN** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Katharine A. Kates of Ramsey & Ehrlich LLP

hereby enters her appearance as counsel of record on behalf of defendant Rose Lin in the

above-captioned matter, *Genentech, Inc., v. JHL Biotech, Inc., Xanthe Lam, Allen Lam, James Quach, Racho Jordanov, Rose Lin, and John Chan,* Case No. 3:18-cv-06582-WHA.

Miles Ehrlich is lead attorney on the case.  Ms. Kates is admitted to practice in the State of California and before this Court.  Rose Lin requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Dated: November 16, 2018                    Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

KATHARINE KATES
*Attorneys for Defendant Rose Lin*

**NOTICE OF APPEARANCE OF COUNSEL BY KATHARINE KATES FOR DEFENDANT ROSE LIN**
**Case No. 3:18-cv-06582-WHA**

2