DAVID H. SCHWARTZ (SBN 62693)
NANCY CHUNG (SBN 225584)
LAW OFFICES OF DAVID H. SCHWARTZ, INC.
423 Washington Street, Sixth Floor
San Francisco, CA 94111
Tel: (415) 399-9301
Fax: (415) 399-9878
E-mail: dhs@lodhs.com; nchung@lodhs.com

Attorneys for Defendants
Xanthe Lam, Allen Lam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., | CASE NO.: 3:18-cv-06582-LB |
| Plaintiff | |
| v. | **CERTIFICATE OF SERVICE** |
| JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50 | |
| Defendant | |

I declare that I am a citizen of the United States; I am over 18 years of age; my business address is 423 Washington Street, Sixth Floor, San Francisco, California 94111. I am employed in the City and County where this mailing occurred.

On November 20, 2018, I served

- **NOTICE OF APPEARANCE OF DAVID H. SCHWARTZ**
- **NOTICE OF APPEARANCE OF NANCY CHUNG**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

**Elliot R. Peters**
Keker and Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
415-397-7188 (fax)
epeters@kvn.com

Attorney for Plaintiff
GENENTECH, INC.

**Miles Ehrlich**
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 (fax)
miles@ramsey-ehrlich.com

**Attorney for Defendant
Rose Lin**

**Darin Snyder
Michael Tubach**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
415-984-8700
415-984-8701 (fax)
deberhart@omm.com
mtubach@omm.com

**Attorney for Defendant
JHL Biotech, Inc.**

**Martha A Boersch
Lara Kollios**
Boersch Shapiro LLP
1611 Telegraph Avenue, Ste. 806
Oakland, CA 94612
415-217-3700
mboersch@boerschshapiro.com

Attorney for Defendant
James Quach

**Rod Divelbiss**
JRA Law Partners, LLP
450 Pacific Avenue, Suite 200
San Francisco, CA 94133
415-788-4646
415-788-6929 (fax)
rdivelbiss@jralp.com

**Attorney for Defendant
John Chan**

**Julia Mezhinsky Jayne**
JAYNE LAW GROUP, P.C.
483 Ninth St., Suite 200
Oakland, CA 94607
415-623-3600
415-623-3605
julia@jaynelawgroup.com

**Attorney for Defendant
James Quach**

CERTIFICATE OF SERVICE
2

Edward W. Swanson
Britt H. Evangelist
Swanson & McNamara LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
(415) 477-3800
(415) 477-9010 (fax)
ed@swansonmcnamara.com

**Attorney for Defendant
Racho Jordanov**

XX   **BY MAIL:** I deposited such envelope(s) for collection and mailing at my business address. In the ordinary course of business, such envelope(s) will be deposited with the U.S. Postal Service on that same day.

XX   **BY ELECTRONICALLY POSTING:** to the ECF website of the United States District Court, Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter.

**BY FEDERAL EXPRESS (OVERNIGHT):** I caused such envelope(s) to be delivered via Federal Express to the addresses(s) designated (per agreement).

I declare under the penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on November 20, 2018.

_Bridgette Warren_
Bridgette Warren