DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
DAVID EBERHART (S.B. #195474)
deberhart@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    415 984 8700
Facsimile:     415 984 8701

*Attorneys for Defendant
JHL BIOTECH, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>         Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**DEFENDANT JHL BIOTECH, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.: Courtroom 12 - 19th Floor<br>Judge: Hon. William Alsup<br><br>Date Filed: October 29, 2018<br>Trial Date: Not Set |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant JHL Biotech, Inc. ("JHL") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- KPCB Asia Investment, Ltd. (owner of more than 10% of JHL stock);
- Sanofi – Aventis Singapore Pte Ltd. (owner of more than 10% of JHL stock);
- Biomark Capital Fund IV L.P. (owner of more than 10% of JHL stock); and
- Sequoia Capital CV IV Holdco, Ltd (owner of more than 10% of JHL stock).

This Corporate Disclosure Statement and Certification of Interested Entities or Persons is not a waiver of any claims or defenses JHL may have, and all such claims and defenses are expressly reserved by JHL.

Dated:  November 29, 2018                              O'MELVENY & MYERS LLP

                                                By:   */s/ David R. Eberhart*
                                                       David R. Eberhart

                                                       Attorneys for Defendant
                                                       JHL BIOTECH, INC.