1  DAVID H. SCHWARTZ (SBN 62693)
   NANCY CHUNG (SBN 225584)
2  LAW OFFICES OF DAVID H. SCHWARTZ, INC.
   423 Washington Street, Sixth Floor
3  San Francisco, CA 94111
   Tel: (415) 399-9301
4  Fax: (415) 399-9878
   E-mail: dhs@lodhs.com; nchung@lodhs.com
5
   Attorneys for Defendants Xanthe Lam and Allen Lam
6

7                    **UNITED STATES DISTRICT COURT**
8
                     **NORTHERN DISTRICT OF CALIFORNIA**
9
                          **SAN FRANCISCO DIVISION**
10

11

12  GENENTECH, INC.,                        | CASE NO.: 3:18-cv-06582-WHA

13              Plaintiff,

14       v.                                 | **DEFENDANTS XANTHE LAM AND ALLEN LAM'S NOTICE OF JOINDER IN DEFENDANTS JHL BIOTECH, INC. AND JOHN CHAN'S MOTIONS TO STAY PROCEEDINGS PENDING RESOLUTION OF CRIMINAL CASE**

15  JHL BIOTECH, INC., XANTHE LAM, an
16  individual, ALLEN LAM, an individual,
    JAMES QUACH, an individual, RACHO
17  JORDANOV, an individual, ROSE LIN, an
    individual, JOHN CHAN, an individual, and
18  DOES 1-50,
                                            | Date:       February 14, 2019
19              Defendants                  | Time:       8:00 a.m.
                                            | Courtroom:  12, 19th floor
20                                          | Judge:      The Honorable William Alsup

21                                          | Complaint Filed: October 29, 2018
                                            | Trial Date:     Not Set
22

23

24

25

26

27

28

---

1     PLEASE TAKE NOTICE that Defendants Xanthe Lam and Allen Lam (the "Lam Defendants") join Defendants JHL Biotech, Inc. and John Chan's Motion to Stay Proceedings Pending Resolution of the Criminal Case for all the reasons stated therein.

    Additionally, the Lam Defendants submit their Motion to Stay and declaration of David H. Schwartz in support thereto.

Dated: January 4, 2019

                                          LAW OFFICES OF DAVID H. SCHWARTZ, INC.

                                          By:     */s/ David H. Schwartz*
                                                        David H. Schwartz
                                                        Attorney for Defendants
                                                        Xanthe Lam and Allen Lam