Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RACHO JORDANOV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br>Defendants. | Case No. 3:18-CV-06582-WHA<br><br>**DEFENDANT RACHO JORDANOV'S NOTICE OF JOINDER AND NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT UNDER FRCP 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Judge:** Hon. William H. Alsup<br>**Courtroom:** 12 - 19th Floor<br>**Date:** February 14, 2018<br>**Time:** 8:00 a.m. |

/ / /

/ / /

---

1

**Defendant Racho Jordanov's Notice of Motion and Motion to Dismiss**
Case No. CV-18-06582-WHA

## NOTICE OF MOTION AND MOTION

TO:   THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 a.m., in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant Racho Jordanov will and hereby does join in JHL Biotech Inc.'s ("JHL") motion to dismiss and also moves the Court to dismiss him from the First, Second, and Third Causes of Action of the Complaint filed by Genentech, Inc. ("Genentech" or "Plaintiff") under Rules 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against Mr. Jordanov.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the complete files and records in this action, and any additional material and arguments that may be considered in connection with the hearing.

## STATEMENT OF ISSUES TO BE DECIDED

1)   Whether the First Cause of Action should be dismissed as to Mr. Jordanov, because Plaintiff failed to allege that he disclosed, acquired, or used an identified trade secret after the enactment of 18 U.S.C. §1836 (the Defend Trade Secrets Act or "DTSA") on May 11, 2016, as required by the statute;

2)   Whether the First and Second Causes of Action should be dismissed as to Mr. Jordanov, because Plaintiff has failed to allege that Mr. Jordanov disclosed, acquired, or used an identified trade secret owned by Plaintiff under either the DTSA or Cal. Civ. Code §3426 (the California Uniform Trade Secrets Act or "CUTSA"), respectively;

3)   Whether the Third Cause of Action should be dismissed as to Mr. Jordanov, because California law does not recognize "conspiracy" as a civil cause of action, and because

Plaintiff has failed to allege that Mr. Jordanov conspired to disclose, acquire, or use an identified trade secret owned by Plaintiff under the CUTSA;

    4)    Whether the Third Cause of Action should be dismissed as to Mr. Jordanov, because there is no civil cause of action for conspiracy under the DTSA, or, in the alternative, because Plaintiff has failed to allege that Mr. Jordanov conspired to disclose, acquire, or use an identified trade secret owned by Plaintiff under the DTSA; and

    5)    Whether, as argued in JHL's concurrently filed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) (hereinafter "JHL's Motion to Dismiss"), Causes of Action Five and Seven, should be dismissed for the reasons stated therein.

Dated: January 4, 2018

        /s/ *Edward W. Swanson*
        Edward W. Swanson
        Britt Evangelist
        SWANSON & McNAMARA LLP
        Attorneys for Defendant RACHO JORDANOV

**Defendant Racho Jordanov's Notice of Motion and Motion to Dismiss**
Case No. CV-18-06582-WHA