1   Edward W. Swanson, SBN 159859
    ed@smllp.law
2   Britt Evangelist, SBN 260457
    britt@smllp.law
3   SWANSON & McNAMARA LLP
    300 Montgomery Street, Suite 1100
4   San Francisco, California 94104
    Telephone: (415) 477-3800
5   Facsimile: (415) 477-9010
6
7   Attorneys for RACHO JORDANOV
8

MILES EHRLICH (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
AMY E. CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant ROSE LIN

9
10
11
12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA
14               SAN FRANCISCO DIVISION
15
16  GENENTECH, INC.,                        Case No. 3:18-CV-06582-WHA
17              Plaintiff,                   DEFENDANT RACHO JORDANOV'S
                                             AND DEFENDANT ROSE LIN'S
18      v.                                   REQUEST FOR JUDICIAL NOTICE IN
                                             SUPPORT OF THE DEFENDANTS'
19  JHL BIOTECH, INC., XANTHE LAM, an        MOTION TO DISMISS THE
    individual, ALLEN LAM, an individual,   COMPLAINT UNDER FRCP 12(b)(6)
20  JAMES QUACH, an individual, RACHO
    JORDANOV, an individual, ROSE LIN, an    Judge: Hon. William H. Alsup
21  individual, JOHN CHAN, an individual,    Courtroom: 12 - 19th Floor
    and DOES 1-50,                           Date: February 14, 2018
22  Defendants.                              Time: 8:00 a.m.
23
24
25
26
27
28

Request for Judicial Notice
Case No. CV-18-06582-WHA

Defendants Racho Jordanov and Rose Lin hereby respectfully request that the Court take judicial notice of the materials set forth below in its determination of Mr. Jordanov's and Ms. Lin's respective motions to dismiss.

## I.    INTRODUCTION

In its Complaint, Plaintiff alleges that defendants Racho Jordanov and Rose Lin misappropriated trade secrets in violation of state and federal law.  In this regard, Plaintiff must allege that  Mr. Jordanov and Ms. Lin either participated in the trade secret theft or consented to the theft.  To meet this burden, Plaintiff alleges against Mr. Jordanov and Ms. Lin worked with a Genentech formulation scientist (Xanthe Lam) on JHL drug product formulation projects while she was still employed by Genentech.  Plaintiff has identified the drug product formulations at issue as Pulmozyme®, Rituxan®, Herceptin®, and Avastin®, and Tecentriq®.  Yet, as Plaintiff admits, these formulations are public knowledge.  Dkt. No. 21, Plaintiff Genentech, Inc.'s Statement Regarding Trade Secrets Pursuant to California Code of Civil Procedure Section 2019.210, at ¶¶ 6 (Pulmozyme®), 13 (Rituxan®), 20 (Avastin®), 27 (Herceptin®), and 29 (Tecentriq®).  In light of the public nature of Plaintiff's formulations, the allegations in the complaint do not create a reasonable inference that Mr. Jordanov or Ms. Lin knew or should have known of the trade secret theft and participated in it or consented to it.

Therefore, Mr. Jordanov and Ms. Lin request that the Court take judicial notice of the following document and Genentech's admissions therein, which are relevant to the Mr. Jordanov's and Ms. Lin's motions to dismiss, are readily verifiable and are not subject to reasonable dispute:

1. Relevant excerpts from Plaintiff Genentech, Inc.'s Statement Regarding Trade Secrets Pursuant to California Code of Civil Procedure Section 2019.210, Dkt. No. 21 at ¶¶ 6, 13, 20, 27, 29 relevant excerpts attached as **Exhibit A**.

**Request for Judicial Notice**
Case No. CV-18-06582-WHA

1

## II.    ARGUMENT

2

In analyzing motions to dismiss under Federal Rule of Civil Procedure 12, a court is not

3

limited to considering the allegations in the complaint but may take into account facts contained

4

in materials that can be judicially noticed under Federal Rule of Evidence 201.  *Mack v. S. Bay*

5

*Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986), *overruled on other grounds by*

6

*Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).  "The court need not . . .

7

accept as true allegations that contradict matters properly subject to judicial notice or by exhibit."

8

*Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir.), *opinion amended on denial of*

9

*reh'g*, 275 F.3d 1187 (9th Cir. 2001).  Under Federal Rule of Evidence 201 (b)(2), a judicially

10

noticed fact is one "capable of accurate and ready determination by resort to sources whose

11

accuracy cannot reasonably be questioned."  A court may take judicial notice of admissions

12

made by a party in other court filings.  *See Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th

13

Cir.  2012) (courts may take judicial notice of undisputed matters in documents on file in state or

14

federal courts); *Flint v. Beneficial Fin. I Inc.*, No. 2:12-CV-01675-GEB, 2012 WL 3277109, at

15

*3 (E.D. Cal. Aug. 9, 2012) (taking judicial notice of averments by a party in other pleadings

16

where that party did not dispute the contents of her statements).

17

Here, there can be no reasonable dispute that the formulations for the Genentech drug

18

products at issue are public knowledge.  Plaintiff admits in its Statement Regarding Trade

19

Secrets that its formulations for Pulmozyme®, Rituxan®, Avastin®, Herceptin®, and

20

Tecentriq® are public knowledge.  Dkt. No. 21 at ¶¶ 6 (Pulmozyme®), 13 (Rituxan®), 20

21

(Avastin®), 27 (Herceptin®), and 29 (Tecentriq®). These materials sought to be noticed are also

22

highly relevant to the defendants' motions to dismiss, because the public nature of the

23

formulations bears upon whether the defendants knowingly participated in the alleged trade

24

secret theft or knew of and consented to the alleged theft.

25

26

27

28

**Request for Judicial Notice**
Case No. CV-18-06582-WHA

1

## III.   CONCLUSION

In light of the above, Mr. Jordanov and Ms. Lin request that the Court take judicial notice of the document appended hereto.


Dated: January 4, 2018

/s/ *Edward W. Swanson*
Edward W. Swanson
Britt Evangelist
SWANSON & McNAMARA LLP

Attorneys for Defendant RACHO
JORDANOV

*/s/ Katharine Kates*
Miles Ehrlich
Amy Craig
Katharine Kates
RAMSEY & EHRLICH LLP

Attorneys for Defendant ROSE LIN


## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 4, 2019

/s/ *Edward W. Swanson*
Edward W. Swanson

**Request for Judicial Notice**
Case No. CV-18-06582-WHA