BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
James Quach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>JHL BIOTECH, INC. *et al.*,<br><br>            Defendant. | Case No. 18-cv-06582-WHA<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT JAMES QUACH IN DEFENDANTS' MOTIONS TO STAY PROCEEDINGS PENDING RESOLUTION OF CRIMINAL CASE**<br><br>Date:        February 14, 2019<br>Time:       8:00 a.m.<br>Dept:        Courtroom 12, 19th Floor<br>Judge:      Hon. William H. Alsup<br><br>Complaint Filed:  October 29, 2018<br>Trial Date:  Not Set |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 am, in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant James Quach hereby joins in:

1) Defendant JHL Biotech, Inc.'s, Jordanov's and Lin's Motion to Stay Proceedings Pending Resolution of Criminal Case (Dkt. 58); and

2) Defendant John Chan's Motion to Stay This Action Pending Resolution of the Related Criminal Case (Dkt. 56); and

3) Defendants Xanthe Lam and Allen Lam's Motion to Stay Pending Disposition of Criminal Case (Dkt. 60).

This joinder is based upon the Notice of Joinder, the Declaration of Martha Boersch filed herewith, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court at the hearing of these matters

Dated:  January 4, 2019

BOERSCH SHAPIRO LLP

 /s/Martha Boersch
Martha Boersch

Attorney for James Quach

1                    JOINDER IN MOTIONS TO STAY
Case No. 18-cv-06582-WHA