ROD DIVELBISS (SBN 102345)
JRA LAW PARTNERS, LLP
450 Pacific Avenue, Suite 200
San Francisco, CA 94133
Phone: (415) 962-2882
Fax: (415) 788-6929
Email: rdivelbiss@jralp.com

Attorneys for Defendant
JOHN CHAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50, <br><br> Defendants. | Case No. 3:18-cv-06582-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT JOHN CHAN'S MOTION TO STAY THIS ACTION PENDING RESOLUTION OF THE RELATED CRIMINAL CASE** <br><br> Date:  February 14, 2019 <br> Time:  8:00 a.m. <br> Dept:  Courtroom 12, 19th Floor <br> Judge:  Hon. William H. Alsup <br><br> Complaint Filed: October 29, 2018 <br> Trial Date: Not Set |

The motion to stay proceedings pending resolution of criminal case by Defendant John Chan came before this Court for consideration on February 14, 2019. Based upon Mr. Chan's submission to the Court, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, the Court hereby **GRANTS** Defendant's motion and **STAYS** the litigation pending resolution of *United States v. Lam*, Case No. 3:18-cr-00527-WHA (N.D. Cal. Oct. 25, 2018), or until further order of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Hon. William H. Alsup
United States District Judge