1  ROD DIVELBISS (SBN 102345)
   JRA LAW PARTNERS, LLP
2  450 Pacific Avenue, Suite 200
   San Francisco, CA 94133
3  Telephone: (415) 962-2882
   Facsimile: (415) 788-6929
4  Email: rdivelbiss@jralp.com

5  Attorneys for Defendant
   JOHN CHAN
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO**

11

12  GENENTECH, INC.,                          Case No. 3:18-cv-06582-WHA

13              Plaintiff,                     **DEFENDANT JOHN CHAN'S NOTICE
                                               OF JOINDER, NOTICE OF MOTION
14       v.                                    AND MOTION AND MEMORANDUM
                                               IN SUPPORT OF DEFENDANT JOHN
15  JHL BIOTECH, INC., XANTHE LAM, an          CHAN'S MOTION TO DISMISS
    individual, ALLEN LAM, an individual,      PURSUANT TO FEDERAL RULE OF
16  JAMES QUACH, an individual, RACHO          CIVIL PROCEDURE 12(b)(6)**
    JORDANOV, an individual, ROSE LIN, an
17  individual, JOHN CHAN, an individual, and  Date:   February 14, 2019
    DOES 1-50,                                 Time:   8:00 a.m.
18                                             Dept:   Courtroom 12, 19th Floor
                Defendants.                    Judge:  Hon. William H. Alsup
19
                                               Complaint Filed:  October 29, 2018
20                                             Trial Date:  Not Set

21

22

23

24

25

26

27

28

JOHN CHAN'S NOTICE OF JOINDER AND
NOTICE OF MOT. ISO MOT. TO DISMISS
3:18-CV-06582-WHA

**TO:    THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT**

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 a.m., in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant John Chan will and hereby does join in JHL Biotech Inc.'s ("JHL") motion to dismiss and also moves the Court to dismiss him from the First, Second, Third, Fifth and Seventh Causes of Action of the Complaint filed by Genentech, Inc. ("Genentech" or "Plaintiff") under Rules 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against Mr. Chan.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the complete files and records in this action, and any additional material and arguments that may be considered in connection with the hearing.

## STATEMENT OF ISSUES TO BE DECIDED

1)    Whether the First Cause of Action should be dismissed as to Mr. Chan, because Plaintiff failed to allege that he disclosed, acquired, or used an identified trade secret after the enactment of 18 U.S.C. §1836 (the Defend Trade Secrets Act or "DTSA") on May 11, 2016, as required by the statute;

2)    Whether the Second Cause of Action should be dismissed as to Mr. Chan, because Plaintiff has failed to allege that Mr. Chan disclosed, acquired, or used an identified trade secret owned by Plaintiff under Cal. Civ. Code §3426 (the California Uniform Trade Secrets Act or "CUTSA");

3)    Whether the Third Cause of Action should be dismissed as to Mr. Chan, because neither Federal or California law recognize "conspiracy" as a civil cause of action, and because the claim is superseded by CUTSA;

4)    Whether the Fifth Cause of Action should be dismissed as to Mr. Chan for failure to state a claim, because the claim is time barred and because the claim is superseded by CUTSA;

JOHN CHAN'S NOTICE OF JOINDER AND
NOTICE OF MOT. ISO MOT. TO DISMISS
3:18-CV-06582-WHA

1   5)      Whether the Seventh Cause of Action should be dismissed as to Mr. Chan for

2   failure to state a claim, because the claim is time barred and because the claim is superseded by

3   CUTSA; and

4   6)      Whether, as argued in JHL's and other Defendants' concurrently filed Motions to

5   Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) Causes of Action One,

6   Two, Three, Five and Seven, should be dismissed for the reasons stated therein.

7

8   Dated: January 4, 2019                     JRA LAW PARTNERS, LLP

9                                               /s/ *Rod Divelbiss*
10                                              Rod Divelbiss
                                                JRA LAW PARNERS, LLP
11                                              Attorneys for Defendant JOHN CHAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28