DAVID H. SCHWARTZ (SBN 62693)
NANCY CHUNG (SBN 225584)
LAW OFFICES OF DAVID H. SCHWARTZ, INC.
423 Washington Street, Sixth Floor
San Francisco, CA 94111
Tel: (415) 399-9301
Fax: (415) 399-9878
E-mail: dhs@lodhs.com; nchung@lodhs.com

Attorneys for Defendants Xanthe Lam and Allen Lam

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>　　　　Defendants | CASE NO.: 3:18-cv-06582-WHA<br><br>**DEFENDANTS XANTHE LAM AND ALLEN LAM'S NOTICE OF JOINDER IN DEFENDANT JHL BIOTECH, INC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF PROCEDURE 12(B)(2) AND 12(B)(6)**<br><br>Date:　　　February 14, 2019<br>Time:　　　8:00 a.m.<br>Courtroom: 12, 19th floor<br>Judge:　　 The Honorable William Alsup<br><br>Complaint Filed: October 29, 2018<br>Trial Date:　Not Set |

PLEASE TAKE NOTICE that Defendants Xanthe Lam and Allen Lam ("Lam Defendants") join Defendant JHL Biotech, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Procedure 12(b)(2) and 12(b)(6) to the extent applicable to the Lam Defendants.

Additionally, the Lam Defendants submit their own Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6).

Dated:  January 4, 2019

                            LAW OFFICES OF DAVID H. SCHWARTZ, INC.

                            By:  _____ */s/ David H. Schwartz*_____
                                    David H. Schwartz
                                    Attorney for Defendants
                                    Xanthe Lam and Allen Lam