1  BOERSCH SHAPIRO LLP
   Martha Boersch (State Bar No. 126569)
2  Mboersch@boerschshapiro.com
   Lara Kollios (State Bar No. 235395)
3  Lkollios@boerschshapiro.com
4  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
5  Telephone: (415) 500-6640

6
7  Attorneys for Defendant
   James Quach
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13  GENENTECH, INC.,                      Case No. 18-cv-06582-WHA

14                  Plaintiff,            **NOTICE OF JOINDER AND JOINDER OF DEFENDANT JAMES QUACH IN ALL DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6)**
15         v.
16  JHL BIOTECH, INC. *et al.*,
17                  Defendant.
                                          Date:    February 14, 2019
18                                        Time:    8:00 a.m.
                                          Dept:    Courtroom 12, 19th Floor
19                                        Judge:   Hon. William H. Alsup
20                                        Complaint Filed: October 29, 2018
                                          Trial Date: Not Set
21

22
23
24
25
26
27
28
                                                  JOINDER IN MOTIONS TO DISMISS
                                                         PURSUANT TO FRCP 12(B)
                                                        Case No. 18-cv-06582-WHA

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 am, in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant James Quach hereby joins in:

1) Defendant JHL Biotech, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) (Dkt. 57), to the extent applicable to Mr. Quach;

2) Defendant Rose Lin's Motion to Dismiss Genentech Inc.'s Complaint Under FRCP 12(b)(6) (Dkt. 59), to the extent applicable to Mr. Quach;

3) Defendant Racho Jordanov's Motion to Dismiss the Complaint Under FRCP 12(b)(6) (Dkt. 62), to the extent applicable to Mr. Quach;

4) Defendant John Chan's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. 66), to the extent applicable to Mr. Quach; and

5) Defendants Xanthe Lam and Allen Lam's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt. 67), to the extent applicable to Mr. Quach.

This joinder is based upon the Notice of Joinder, the Declaration of Martha Boersch filed herewith, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court at the hearing of these matters.

Dated: January 4, 2019

BOERSCH SHAPIRO LLP

 /s/Martha Boersch
Martha Boersch

Attorney for James Quach

1   JOINDER IN MOTIONS TO DISMISS
PURSUANT TO FRCP 12(B)
Case No. 18-cv-06582-WHA