1  DAVID H. SCHWARTZ (SBN 62693)
   NANCY CHUNG (SBN 225584)
2  LAW OFFICES OF DAVID H. SCHWARTZ, INC.
   423 Washington Street, Sixth Floor
3  San Francisco, CA 94111
   Tel: (415) 399-9301
4  Fax: (415) 399-9878
   E-mail: dhs@lodhs.com; nchung@lodhs.com
5
6  Attorneys for Defendants Xanthe Lam and Allen Lam

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                SAN FRANCISCO DIVISION
10
11

12  GENENTECH, INC.,                    CASE NO.: 3:18-cv-06582-WHA

13          Plaintiff,

14      v.                             DEFENDANTS XANTHE LAM AND
                                       ALLEN LAM'S NOTICE OF JOINDER
15  JHL BIOTECH, INC., XANTHE LAM, an  IN DEFENDANT JHL BIOTECH, INC'S
    individual, ALLEN LAM, an individual, OPPOSITION TO PLAINTIFF
16  JAMES QUACH, an individual, RACHO  GENENTECH, INC.'S MOTION FOR
    JORDANOV, an individual, ROSE LIN, an PRELIMINARY INJUNCTION
17  individual, JOHN CHAN, an individual, and
    DOES 1-50,
18                                     Date:      February 14, 2019
19          Defendants                 Time:      8:00 a.m.
                                       Courtroom: 12, 19th floor
20                                     Judge:     The Honorable William Alsup
21                                     Complaint Filed:  October 29, 2018
                                       Trial Date:    Not Set
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     PLEASE TAKE NOTICE that Defendants Xanthe Lam and Allen Lam ("Lam Defendants") join Defendant JHL Biotech, Inc. Opposition to Plaintiff Genentech, Inc.'s Motion for Preliminary Injunction for all the reasons stated therein.

     Additionally, the Lam Defendants submit their own Opposition to Plaintiff Genentech, Inc.'s Motion for Preliminary Injunction and declarations of David H. Schwartz and William Osterhoudt in support thereto.

Dated:  January 4, 2019

LAW OFFICES OF DAVID H. SCHWARTZ, INC.


By:     _____ */s/ David H. Schwartz*_____
     David H. Schwartz
     Attorney for Defendants
     Xanthe Lam and Allen Lam

LAM DEFENDANTS' NOTICE OF JOINDER IN DEF. JHL'S OPP. TO MOTION FOR PRELIM. INJUNCTION
Case No. 3:18-cv-06585-WHA