BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
James Quach

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC. *et al.*, <br><br> Defendant. | Case No. 18-cv-06582-WHA <br><br> **DECLARATION OF MARTHA BOERSCH IN SUPPORT OF DEFENDANT JAMES QUACH'S JOINDERS IN DEFENDANTS' MOTIONS TO STAY PROCEEDINGS PENDING RESOLUTION OF CRIMINAL CASE; OPPOSITIONS TO PRELIMINARY INJUNCTION AND TO DISMISS** <br><br> Date:  February 14, 2019 <br> Time:  8:00 a.m. <br> Dept:  Courtroom 12, 19th Floor <br> Judge:  Hon. William H. Alsup <br><br> Complaint Filed:  October 29 2018 <br> Trial Date:  Not Set |

I, Martha Boersch, hereby declare under penalty of perjury under the laws of the State of California and this Court as follows:

1. I am counsel of record for defendant James Quach, one of the named defendants in this action. I make this declaration in support of James Quach's joinders in defendants' motions to stay proceedings pending resolution of criminal case; oppositions to preliminary injunction, and to

dismiss. I have personal knowledge of the matters stated herein, which are true, and, if called as a witness, I would make the same declarations in court.

2. On October 25, 2018, James Quach was indicted by a federal grand jury on charges including theft of trade secrets, 18 U.S.C. § 1832, violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and related charges for conspiracy, aiding and abetting, and criminal forfeiture. *United States v. Lam, et al.*; Case No. 3:18-cr-00527-WHA.

3. Four days later, Genentech filed its civil complaint in this matter. In its complaint, Genentech alleges that Mr. Quach joined an ongoing conspiracy to steal Genentech's trade secrets in the spring of 2017 and "[t]hereafter, on three separate occasions in July 2017, Xanthe [Lam] improperly granted Quach unrestricted and unauthorized access to Genentech's password-protected network. Quach used that access to download hundreds of confidential manufacturing protocols and procedures from Genentech's secure document repository system. He saved those electronic documents to an external storage device, and then took them with him to start a new job at JHL's manufacturing plant in China." Dkt. No. 1, ¶¶ 14-15.

4. The complaint alleges that individual defendants Xanthe Lam, Allen Lam, John Chan, and James Quach have been indicted for criminal trade secret theft stemming from the conduct alleged in the complaint. Dkt. No. 1, ¶ 3.

5. The complaint further alleges that although Genentech knew of the alleged misappropriation of trade secrets as early as October of 2016, it allowed its alleged trade secrets to continue to be misappropriated while a criminal investigation was ongoing. Dkt. No. 1, ¶ 36.

6. The complaint alleges that James Quach, with the knowledge and consent of Xanthe Lam, misappropriated documents "regarding Genentech's manufacturing and operations protocols" in July 2017 using Ms. Lam's Genentech credentials. Dkt. No. 1, ¶¶ 177, 199.

7. Based on the pending indictment and the allegations in the Complaint, and on information and belief, I reasonably believe Mr. Quach has a basis to invoke his Fifth Amendment privilege against self-incrimination.

8. In these circumstances, on advice of counsel, Mr. Quach will assert his Fifth Amendment privilege against self-incrimination in this action until the conclusion of the criminal case.

Executed this 4th day of January, 2019 at Oakland, California.

*/s/ Martha Boersch*
Martha Boersch

2   DECLARATION OF MARTHA BOERSCH
Case No. 18-cv-06582-WHA