DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Defendant
JHL BIOTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**DEFENDANT JHL BIOTECH, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]**<br><br>Date:　February 14, 2019<br>Time:　8:00 a.m.<br>Dept:　Courtroom 12, 19th Floor<br>Judge:　Hon. William H. Alsup<br><br>Complaint Filed:  October 29, 2018<br>Trial Date:  Not Set |

Pursuant to Civil L.R. 7-11 and 79-5, Defendant JHL Biotech, Inc. ("JHL") respectfully requests to file under seal confidential information in portions of its Opposition to Plaintiff Genentech Inc.'s Motion for a Preliminary Injunction, declarations filed in support thereof, and supporting exhibits thereto (collectively "Opposition to PI Motion"). Specifically, JHL requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions To Be Filed Under Seal |
| --- | --- |
| JHL's Opposition to Genentech's Motion for Preliminary Injunction | Highlighted Portions |
| Declaration of Scott Rudge | Highlighted Portions |
| Declaration of Peter Tessier | Highlighted Portions |
| Declaration of Fred Shaw | Highlighted Portions |
| Exhibits to Declaration of Fred Shaw | Entire Documents |
| Declaration of Mark Wei | Highlighted Portions |
| Exhibits to Mark Wei | Entire Documents |
| Declaration of Allen Ho | Highlighted Portions |
| Exhibits to Allen Ho | Entire Documents |
| Declaration of Peter Pang | Highlighted Portions |
| Exhibits to Peter Pang | Entire Documents |
| Declaration of Andreas Nechansky | Highlighted Portions |
| Exhibits to Declaration of Andreas Nechansky | Entire Documents |

This Motion is accompanied by the following documents: (1) the Declaration of David R. Eberhart in Support of this Motion ("Eberhart Declaration"); (2) a Proposed Order; (3) redacted versions of the documents sought to be filed under seal; and (4) unredacted versions of the documents sought to be filed under seal.[1]

---

[1] To enable the Court to more easily distinguish JHL's sealable information (listed in Exhibit A to the Eberhart Declaration) from information identified to afford Genentech an opportunity to seek sealing (listed in Exhibit B to the Eberhart Declaration), redactions relating to the former have been highlighted in pink and redactions relating to the latter have been highlighted in yellow.

## I. LEGAL STANDARD

JHL submits these documents in support of an opposition to a preliminary injunction motion. Parties seeking to file under seal documents related to a motion for preliminary injunction need to show that compelling reasons exist to seal the documents. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Compelling reasons exist to file under seal documents that could be used as sources of business information that "might harm a litigant's competitive standing." *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).

## II. MATERIALS REQUESTED TO BE SEALED

JHL seeks leave to file under seal the documents or portions thereof that are listed in **Exhibits A** and **B** to the Eberhart Declaration, including portions of the Opposition, declarations in support of the Opposition, and exhibits to declarations in support of the Opposition.

The documents or portions thereof that are listed in **Exhibit A** are JHL's confidential information and documents, some of which are derived from publicly available information, as explained in the expert declarations of Scott Rudge and Peter Tessier (*see, e.g.,* Rudge Decl. ¶¶8, 166, App. B; Tessier Decl. ¶¶9, 257, App. B) submitted in support of JHL's Opposition to Genentech's Motion for Preliminary Injunction. However, because (1) some portions contain information that is confidential to JHL's business, the disclosure of which might harm JHL's competitive standing (Eberhart Decl. ¶ 3) and (2) Genentech contends that such documents may be derived from Genentech's alleged trade secrets, JHL requests that such documents be filed under seal.

The documents or portions thereof that are listed in **Exhibit B** are documents and information that Genentech contends contain its alleged trade secrets as set forth in Genentech's November 5, 2018 Administrative Motion to File Under Seal (Dkt. No 13). JHL received this information when it was filed under seal pursuant to that motion. JHL does not agree that much of the information is actually Genentech trade secrets, as explained in the expert declarations of

Scott Rudge and Peter Tessier (*see e.g.* Rudge Decl. ¶¶8, 166, App. B; Tessier Decl. ¶¶9, 257, App. B) submitted in support of JHL's Opposition to Genentech's Motion for Preliminary Injunction. However, JHL agrees that the merits of Genentech's allegations should not be resolved in the context of a sealing motion, and thus, for the sole purpose of this sealing motion, takes no position on whether these documents should be sealed.

JHL met and conferred with Genentech by email regarding this Administrative Motion to File Documents Under Seal on January 4, 2019. Genentech agreed that it would stipulate to the relief requested. This motion is narrowly tailored to seal only the portions of documents that contain confidential information. JHL respectfully requests that this Court grant JHL's motion to seal the above documents and portions of documents.

Dated: January 4, 2019

                    DARIN W. SNYDER
                    MICHAEL F. TUBACH
                    DAVID R. EBERHART
                    O'MELVENY & MYERS LLP

By:    *David R. Eberhart*
           David R. Eberhart
Attorneys for Defendant
JHL BIOTECH, INC.