MILES EHRLICH (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
AMY E. CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant ROSE LIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br>    Defendants. | Case No. 3:18-CV-06582-WHA<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT ROSE LIN IN DEFENDANT JHL BIOTECH, INC.'S, OPPOSITION TO PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 75)**<br><br>**Judge:** Hon. William H. Alsup<br>**Courtroom:** 12 - 19th Floor<br>**Date:** February 14, 2018<br>**Time:** 8:00 a.m.<br><br>Complaint Filed: October 29, 2018<br>Trial Date: Not Set |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 am, in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant Rose Lin hereby joins in its entirety defendant JHL Biotech, Inc.'s Opposition to Plaintiff Genentech, Inc.'s Motion For Preliminary Injunction (Docket # 75).

This joinder is based upon the Notice of Joinder, the Declaration of Amy Craig filed herewith, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court at the hearing of these matters.

Dated: January 4, 2019              RAMSEY & EHRLICH LLP

                                    ____/s/ Amy Craig_____

                                    Amy Craig
                                    Miles Ehrlich
                                    Katharine Kates

                                    *Attorneys for Defendant Rose Lin*