1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
3  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center
5  28th Floor
   San Francisco, California  94111-3823
6  Telephone:     +1 415 984 8700
   Facsimile:     +1 415 984 8701
7
   Attorneys for Defendant
8  JHL BIOTECH, INC.

9

                    **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **SAN FRANCISCO**
12

13  GENENTECH, INC.,                        | Case No. 3:18-cv-06582-WHA

14                 Plaintiff,               | **DECLARATION OF PETER PANG IN**
                                            | **SUPPORT OF DEFENDANT JHL**
15         v.                               | **BIOTECH, INC.'S OPPOSITION TO**
                                            | **PLAINTIFF'S MOTION FOR**
16  JHL BIOTECH, INC., XANTHE LAM, an       | **PRELIMINARY INJUNCTION**
    individual, ALLEN LAM, an individual,
17  JAMES QUACH, an individual, RACHO        | Date:     February 14, 2019
    JORDANOV, an individual, ROSE LIN, an   | Time:     8:00 a.m.
18  individual, JOHN CHAN, an individual, and| Dept:     Courtroom 12, 19th Floor
    DOES 1-50,                              | Judge:    Hon. William H. Alsup
19
                 Defendants.                | Complaint Filed:  October 29, 2018
20                                          | Trial Date:  Not Set

21

22

23

24         REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.

25

26

27

28
                                                    PANG DECLARATION
                                            ISO JHL OPPOSITION TO PI MOTION
                                                    3:18-cv-06582-WHA

HIGHLY CONFIDENTIAL

I, Peter Pang, hereby declare and state:

1.      I am currently the General Manager of the Wuhan facility and the EVP Corporate Regulatory Affairs at JHL Biotech Inc. ("JHL"). I have been employed at JHL Biotech Inc. ("JHL") since 2014. My responsibilities include global regulatory strategy, interactions with regulatory advisory committees and agencies, and operations of the commercial scale biologics manufacturing facility in Wuhan, China. I am also the Project Lead for JHL's biosimilar drug product related to Rituxan® (JHL1101).

2.      I am generally familiar with JHL's current test procedures and validation protocols to test and ensure the stability, potency, purity, identity, and quality of its biosimilar drug product related to Rituxan® (JHL1101).

3.      I have personal knowledge of the matters set forth below and, if called as a witness, could and would competently testify under oath to the same.

4.      Based on my current role at JHL, I am generally familiar with how JHL addresses the subject matter listed in the attached Appendix A, and can identify the current controlling JHL documents corresponding to such subject matter. To the extent necessary, I spoke with other JHL employees knowledgeable about the subjects to confirm the appropriate controlling JHL document.

5.      The summary chart attached at Appendix A identifies all current controlling JHL documents that cover the subject matter for each listed category, along with details for each such JHL document describing (i) the person(s) who were involved in creating and/or approving the document (as described in the document), (ii) the effective date of the current version; and (iii) the revision history for each document.

6.      Attached as Appendix B is a list of Exhibits that I am submitting with this declaration.

HIGHLY CONFIDENTIAL

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3

4       Dated: January 4, 2019

5

6                                  By: _____

7                                            Peter Pang

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PANG DECLARATION
ISO JHL OPPOSITION TO PI MOTION
3:18-CV-06582-WHA

HIGHLY CO

<u>**APPENDIX A**</u>
**Declaration of Peter Pang**
(*Current Controlling JHL Documents*)

| # | Subject Matter | Current Controlling JHL Document | Created/ Approved By | Effective Date | Revision History |
|---|---|---|---|---|---|
| 1 | ███████████ ██████ | ██████████ ███████ | ████████ | ████ | ██████████ |
| 2 | █████████████ ██████ | █████████ ██████████ | ██████ ███████ | ████ | ██████ |
|   |   | ██████████████ | ██████ ██████████ | ████ | █ |
| 3 | █████████ ██████ | ██████████ ███████ | ██████████ ███████ | ████ | █ |
| 4 | █████████ ██████ | ██████████ ███████ | ████████ ████ | ████ | ████████ |

1

| # | Subject Matter | Current Controlling JHL Document | Created/ Approved By | Effective Date | Revision History |
|---|---|---|---|---|---|
|  |  |  | ███████ |  |  |

**HIGHLY CONFIDENTIAL**

## APPENDIX B
### Declaration of Peter Pang
*(List of Exhibits)*

| Exhibit No. | Description |
|---|---|
| 1. | ███████████████████████ |
| 2. | ████████████████████████████████████████ |
| 3. | ███████████████████████████ |
| 4. | ████████████████████████████ |
| 5. | ██████████████████████████ |

HIGHLY CONFIDENTIAL