1  Edward W. Swanson, SBN 159859
   ed@smllp.law
2  Britt Evangelist, SBN 260457
   britt@smllp.law
3  SWANSON & McNAMARA LLP
4  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
5  Telephone: (415) 477-3800
6  Facsimile: (415) 477-9010

7  Attorneys for RACHO JORDANOV

8
9              **UNITED STATES DISTRICT COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**
11                **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50, <br> Defendants. | Case No. 3:18-CV-06582-WHA <br><br> **NOTICE OF JOINDER AND JOINDER OF DEFENDANT RACHO JORDANOV IN DEFENDANT JHL BIOTECH, INC.'S, OPPOSITION TO PLAINTIFF GENENTECH, INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Judge:** Hon. William H. Alsup <br> **Courtroom:** 12 - 19th Floor <br> **Date:** February 14, 2018 <br> **Time:** 8:00 a.m. <br><br> Complaint Filed: October 29, 2018 <br> Trial Date: Not Set |

/ / /

---

1
**Defendant Racho Jordanov's Joinder in JHL's Opp. To Mtn. for Prelim. Inj.**
Case No. CV-18-06582-WHA

TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that on February 14, 2019 at 8:00 am, in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 9, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendant Racho Jordanov hereby joins in its entirety defendant JHL Biotech, Inc.'s Opposition to Plaintiff Genentech, Inc.'s Motion For Preliminary Injunction.

This joinder is based upon the Notice of Joinder, the Declaration of Britt Evangelist filed herewith, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court at the hearing of these matters.

Dated: January 4, 2018

      /s/ *Edward W. Swanson*
Edward W. Swanson
Britt Evangelist
SWANSON & McNAMARA LLP
Attorneys for Defendant RACHO JORDANOV