KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>    Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**DECLARATION OF MAYA PERELMAN IN SUPPORT OF DEFENDANT JHL BIOTECH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 75)**<br><br>Date:     February 14, 2019<br>Time:     8:00 a.m.<br>Dept:     Courtroom 12 - 19th Floor<br>Judge:    Hon. William H. Alsup<br><br>Date Filed: October 29, 2018<br>Trial Date: Not Set |

DECLARATION OF MAYA PERELMAN IN SUPPORT OF DEFENDANT JHL'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-06582-WHA

1316704

I, MAYA PERELMAN, hereby declare and state:

1. I am an attorney with the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California, 94111, counsel for Plaintiff Genentech, Inc. ("Genentech") in the above-captioned action. I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth below and, if called as a witness, could and would competently testify under oath to the same.

2. I submit this declaration pursuant to N.D. Cal. Civ. L.R. 79-5(d)(1)(A) in support of the portions of Defendant JHL Biotech, Inc.'s Administrative Motion to File Under Seal (Dkt. No. 75) addressing Genentech confidential information. Specifically, as set forth in the Declaration of David R. Eberhardt ("Eberhardt Declaration"), the documents and portions thereof that are listed in Exhibit B to the Eberhardt Declaration contain information JHL received when it was filed under seal by Genentech pursuant to Genentech's November 5, 2018 Administrative Motion to File Under Seal (Dkt. No 13). (Eberhardt Decl., Dkt. No. 75-1, ¶ 4.)

3. I have reviewed the documents listed in Exhibit B to the Eberhardt Declaration and have confirmed that the portions are derived from the documents Genentech filed under seal ("Genentech Sealed Materials") pursuant to Genentech's Administrative Motion to Seal ("GNE Admin Mot.," Dkt. No. 13) and my declaration in support of that motion ("Perelman Decl.," Dkt. No. 13-1). As set forth in that motion and declaration, the Genentech Sealed Materials, and those portions of those materials listed in Exhibit B to the Eberhardt Declaration, contain Genentech's trade secrets including information relating to Genentech's manufacturing protocols and processes, its analytical development methods, and its information regarding the development and selection of its product formulations. (GNE Admin. Mot. at 1; Perelman Decl. ¶ 3.) This information derives economic value from not being generally known (Perelman Decl. ¶ 4) and is the subject of reasonable efforts to retain secrecy (*id.* at ¶ 5).

4. Because the Genentech Sealed Materials meet the criteria for trade secret protection, they are properly sealable under Civil Local Rule 79–5(b) and the case law of this district. *See, e.g.*, *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2012 WL 6115623, at *1 (N.D. Cal. Dec. 10, 2012).

1

DECLARATION OF MAYA PERELMAN IN SUPPORT OF DEFENDANT JHL'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-06582-WHA

1316704

5.  Mr. Eberhardt also asserts in paragraph 3 to the Eberhardt Declaration that certain documents or portions thereof listed in Exhibit A to the Eberhardt Declaration include information that Genentech contends in its Motion for Preliminary Injunction may be derived from Genentech's alleged trade secrets.  To the extent that any of the documents or portions thereof listed in Exhibit A to the Eberhardt Declaration comprise, contain, or are derived from the Genentech Sealed Material or any other Genentech confidential information, Genentech requests sealing of these documents or portions thereof for the same reasons set forth in Genentech's Administrative Motion to Seal ("GNE Admin Mot.," Dkt. No. 13) and as reiterated above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 16th day of January, 2019, in San Francisco, California.

/s/Maya Perelman
MAYA PERELMAN

2
DECLARATION OF MAYA PERELMAN IN SUPPORT OF DEFENDANT JHL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:18-cv-06582-WHA

1316704