KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - #310633
sarenson@keker.com
MAYA PERELMAN - #318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>    Defendants. | Case No. 3:18-cv-06582-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE CONSOLIDATED RULE 12 OPPOSITION BRIEF OF NOT MORE THAN 35 PAGES<br><br>Dept.:     Courtroom 12 - 19th Floor<br>Judge:    Hon. William Alsup<br><br>Date Filed: October 29, 2018<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE
CONSOLIDATED RULE 12 OPPOSITION BRIEF OF NOT MORE THAN 35 PAGES
Case No. 3:18-cv-06582-WHA

1316630

Plaintiff Genentech, Inc. has filed an unopposed administrative motion to file a consolidated Fed. R. Civ. P. 12 opposition brief of up to 35 pages in length. Having considered the motion and declaration in support thereof, the Court finds good cause to grant Genentech's request.

Genentech's Administrative Motion to File Consolidated Rule 12 Opposition Brief of Not More Than 35 Pages is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____January 17_____, 2019

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE