IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH , INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., *et al*., <br><br> Defendants. | No. 18-06582 WHA <br><br> **ORDER ON ADMINISTRATIVE MOTION TO FILE CONSOLIDATED PRELIMINARY INJUNCTION REPLY BRIEF OF NOT MORE THAN 30 PAGES** |

The Court has reviewed plaintiff Genentech, Inc.'s administrative motion to file a consolidated preliminary injunction reply brief of not more than thirty pages (Dkt. No. 91) and defendants' opposition thereto (Dkt. No. 94). The motion is **GRANTED IN PART**. Genentech may file either a consolidated reply brief not exceeding **TWENTY-FIVE PAGES** or two separate fifteen-page briefs as suggested by defendants (*i.e.*, one brief addressing defendant JHL Biotech, Inc.'s opposition and the other addressing the Fifth Amendment issues raised by the individual defendants).

**IT IS SO ORDERED.**

Dated: January 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE