IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>JHL BIOTECH, INC., *et al.*, <br><br>　　　　Defendant. | No. C 18-06582 WHA <br><br>**QUESTIONS FOR ORAL ARGUMENT** |

For the hearing on February 14, counsel shall be prepared to answer the following questions in connection with the parallel criminal action (Case No. 18-cr-00527-WHA-1).

1. To what extent has discovery by the government been turned over to defense counsel?

2. What kind of evidence, if any, has plaintiff Genentech, Inc., received from the government?

Dated: February 12, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE