IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., | No. C 18-06582 WHA |
| Plaintiff, | |
| v. | **QUESTIONS FOR ORAL ARGUMENT** |
| JHL BIOTECH, INC., *et al.*, | |
| Defendant. | |

At the hearing next Tuesday, counsel shall please be prepared to address the extent to which any and all of the documents specifically referenced in Genentech's Statement Regarding Trade Secrets (Dkt. No. 21), including those in the attached appendices and exhibits, have been provided to any regulatory agency in any jurisdiction or any third party by plaintiff Genentech, Inc., and/or defendant JHL Biotech, Inc.

Further please be prepared to explain the process by which a biosimilar manufacturer demonstrates to a regulator the high similarity between the candidate biosimilar and reference product in terms of stability, potency, purity, and identity.

Dated: February 15, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE