IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., *et al.*, <br><br> Defendants. | No. C 18-06582 WHA <br><br> **ORDER RE RESPONSES TO TENTATIVE CASE MANAGEMENT SCHEDULE AND ADMINISTRATIVE MOTION TO CLARIFY OMNIBUS ORDER** |

The Court has reviewed the parties' responses regarding the tentative case management schedule (Dkt. Nos. 133–35). A companion case management order (adopting in part the parties' proposed schedule) will follow. Moreover, if any individual defendant (indicted or unindicted) personally signs a statement saying that compliance with Rule 26 initial disclosure requirements might tend to incriminate him or her, then that defendant need not provide an initial disclosure until further order of the Court. Any such statement must be filed by **APRIL 3 AT NOON**. The issue of adverse inferences will be left to a future date.

The Court has also reviewed defendants Rose Lin and Racho Jordanov's administrative motion to clarify the omnibus order on motions to dismiss, motion for provisional relief, and motions to stay (Dkt. No. 136) and plaintiff Genentech, Inc.'s response thereto (Dkt. No. 139). Lin and Jordanov's motion is **GRANTED**. Items four and five on page thirty-seven of the omnibus order are effective as to defendant JHL Biotech, Inc. only.

**IT IS SO ORDERED.**

Dated: March 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE