DAVID H. SCHWARTZ (SBN 62693)
NANCY CHUNG (SBN 225584)
LAW OFFICES OF DAVID H. SCHWARTZ, INC.
423 Washington Street, Sixth Floor
San Francisco, CA 94111
Tel: (415) 399-9301
Fax: (415) 399-9878
E-mail: dhs@lodhs.com; nchung@lodhs.com

Attorneys for Defendants Xanthe Lam, Allen Lam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50, <br><br> Defendants | CASE NO.: 3:18-cv-06582-WHA <br><br> **DEFENDANT XANTHE LAM'S STATEMENT PURSUANT TO THE COURT'S ORDER RE RESPONSES TO TENTATIVE CASE MANAGEMENT SCHEDULE AND ADMINISTRATIVE MOTION TO CLARIFY OMNIBUS ORDER [DKT. NO. 140]** <br><br> Courtroom: 12, 19th Floor <br> Judge: Hon. William H. Alsup |

DEFENDANT XANTHE LAM'S STATEMENT IN COMPLIANCE WITH COURT ORDER [DKT. NO.140]

I, Xanthe Lam, based upon advice of my counsel, believe that providing initial disclosures required by Fed. R. Civ. P. rule 26(a)(1)(A)(i) and (ii) might tend to incriminate me with respect to the charges pending against me in criminal action, *United States v. Lam*, no. 3:18-cr-527-WHA, and have, therefore, instructed my counsel not to provide substantive information for those two categories at this time.

Dated: March 28, 2019

_____
XANTHE LAM