United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC.,

             Plaintiff,

     v.

JHL BIOTECH, INC., et al.,

           Defendants.

Case No.  18-cv-06582-WHA   (SK)

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE SETTLEMENT CONFERENCE ORDER**

Regarding Docket No. 159

Indicted Defendants James Quach, Xanthe Lam, Allen Lam, and John Chan have requested that the Court modify its Settlement Conference Order (Dkt. 157) and excuse them and their counsel from physical attendance at the settlement conference scheduled for May 9, 2019.  (Dkt. 159.)  Though they have not been indicted, Defendants Racho Jordanov and Rose Lin join the other Defendants' request, and ask that they and their counsel be excused as well.  (Dkt. 160.)  The Court hereby modifies the Settlement Conference Order as follows: (1) attorneys representing all six Defendants requesting modification shall appear in person; (2) Defendants James Quach, Xanthe Lam, Allen Lam, John Chan, Racho Jordanov, and Rose Lin shall be telephonically available during the settlement conference and shall be on standby to appear personally at the courthouse within one (1) hour if the Court calls for their personal appearance.  All parties should be prepared to stay late into the evening if necessary and should not make travel plans for the early evening.

     **IT IS SO ORDERED**.

Dated: April 18, 2019

_____

SALLIE KIM
United States Magistrate Judge