ROD DIVELBISS (State Bar No. 102345)
JRA LAW PARTNERS, LLP
450 Pacific Avenue, Suite 200
San Francisco, California 94133
Telephone No.: (415) 788-4646
Facsimile No.: (415) 788-6929
Email: rdivelbiss@jralp.com

Attorneys for Defendant
JOHN CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>   Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**COUNSEL'S CERTIFICATION OF COMPLIANCE BY DEFENDANT JOHN CHAN REGARDING OMNIBUS ORDER TO PREPARE CHRONOLOGICAL LOG** |

JRA LAW PARTNRES, LLP
450 PACIFIC AVE, STE 200
SAN FRANCISCO, CA 94133
(415) 788-4646

CERTIFICATION OF COMPLIANCE BY DEFENDANT JOHN CHAN
1
CASE NO. 3:18-cv-06582-WHA

This Court's Omnibus Order on Motions to Dismiss, Motion for Provisional Relief, and Motions for Stay Order dated March 1, 2019 (Dkt. #128) required Defendant John Chan to prepare a log of certain communications and to provide that log to his counsel.

As counsel for Defendant John Chan, I hereby certify that Mr. Chan has complied with the Court's requirement outlined in its March 1, 2019 Omnibus Order on Motions to Dismiss, Motion for Provisional Relief, and Motions to Stay by producing a chronological log as required by that Order. The log is in my possession.

DATED: April 22, 2019                    JRA LAW PARTNERS, LLP


                                         By: /s/ Rod Divelbiss
                                             Rod Divelbiss
                                             Attorneys for Defendant
                                             JOHN CHAN

JRA LAW PARTNRES, LLP
450 PACIFIC AVE, STE 200
SAN FRANCISCO, CA 94133
(415) 788-4646

CERTIFICATION OF COMPLIANCE BY DEFENDANT JOHN CHAN
2
CASE NO. 3:18-cv-06582-WHA