DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
JHL BIOTECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| GENENTECH, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>JHL BIOTECH, INC., et al.,<br><br>             Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**DEFENDANT JHL BIOTECH, INC.'S NOTICE OF COMPLIANCE WITH THE COURT'S OMNIBUS ORDER (DKT. 128)**<br><br>Complaint Filed: October 29, 2018<br>Trial Date: January 25, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that defendant JHL Biotech, Inc. has submitted materials to this court in compliance with the Court's March 1, 2019, Omnibus Order on Motions to Dismiss, Motion for Provisional Relief, and Motion to Stay (Dkt. 168).

Dated: April 23, 2019

O'MELVENY & MYERS LLP

By:   /s/ *Darin W. Snyder*
        Darin W. Snyder

Attorneys for Defendant
JHL BIOTECH, INC.