IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., | No. C 18-06582 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO COMPEL JHL TO PROVIDE LOGS AND CHRONOLOGY TO GENENTECH** |
| JHL BIOTECH, INC., *et al.*, | |
| Defendants. | |

The Court has reviewed plaintiff Genentech, Inc.'s administrative motion to compel defendant JHL Biotech, Inc. to provide logs and chronology to Genentech pursuant to the Court's prior omnibus order (Dkt. No. 181) and JHL's response thereto (Dkt. No. 185). The motion is **GRANTED**. JHL contends that the Court made a "limited modification" to the omnibus order dated March 1 through a separate order granting Genentech's prior request to compel JHL to return Genentech's information to Genentech (Dkt. No. 185 at 1). No such modification occurred. The provisional relief granted in the omnibus order still stands, and Genentech is entitled to the documents at issue in the instant administrative motion as part of that provisional relief. As such, they do not constitute "further document discovery" as JHL asserts in its attempt to conflate the rulings on the motion for provisional relief and motion to stay. Accordingly, JHL must return to Genentech the same materials and information it submitted to the Court pursuant to the provisional relief granted to Genentech (*see* Dkt. No. 179) by **MAY 6 AT 5 P.M.**

Additionally, Genentech moved to file certain portions of its administrative motion and accompanying declaration under seal pursuant to JHL's designation of confidentiality (Dkt. No. 180). No supporting declaration by JHL, however, has been filed. Accordingly, Genentech's administrative motion to seal is **DENIED**. Genentech shall re-file the relevant documents in comport with this order on the public docket by **MAY 6 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: May 3, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2