KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
ELIZABETH K. McCLOSKEY - #268184
emccloskey@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

O'MELVENY & MYERS LLP
DARIN W. SNYDER - #136003
dsnyder@omm.com
MICHAEL F. TUBACH - #145955
mtubach@omm.com
DAVID R. EBERHART - #195474
deberhart@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:     415 984 8876
Facsimile:     415 984 8701

Attorneys for Defendant
JHL BIOTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JHL BIOTECH, INC., XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, RACHO JORDANOV, an individual, ROSE LIN, an individual, JOHN CHAN, an individual, and DOES 1-50,<br><br>    Defendants. | Case No. 3:18-cv-06582-WHA<br><br>**NOTICE OF SETTLEMENT**<br><br>Dept:      Courtroom 12 - 19th Floor<br>Judge:     Hon. William Alsup<br><br>Date Filed: October 29, 2018<br>Trial Date: January 21, 2021 |

1  Plaintiff Genentech, Inc. ("Genentech") and Defendant JHL Biotech, Inc ("JHL"), by and
2  through their respective counsel of record, hereby notify the Court that Genentech and JHL have
3  entered into a written settlement agreement titled a Memorandum of Understanding ("MOU").  In
4  the MOU, Genentech has released its claims against JHL, but not against any other defendant.
5  The MOU provides for a 90-day "Diligence Period," subject to extension, the purpose of which is
6  to enable Genentech to gain a complete and accurate picture of the facts at issue in this Action,
7  and to assess the steps JHL has taken to halt misconduct, remedy it, and prevent future
8  misconduct.  The MOU also provides that following the Diligence Period, the parties will ask the
9  Court to enter a stipulated permanent injunction with the terms specified in the MOU.

10  Genentech and JHL further agreed in the MOU to stay discovery as between them, but not
11  as to third parties, pending the request to enter a permanent injunction.  Because the case is
12  already stayed as to the defendants other than JHL until after the criminal trial scheduled in April
13  2020, the settlement between Genentech and JHL does not affect the schedule currently in place.

| Dated:  September 24, 2019 | KEKER, VAN NEST & PETERS LLP |
|---|---|
| | By:  */s/ Laurie Carr Mims* <br> LAURIE CARR MIMS <br><br> Attorney for Plaintiff <br> GENENTECH, INC. |
| Dated:  September 24, 2019 | O'MELVENY & MYERS LLP |
| | By:  */s/ Michael F. Tubach* <br> MICHAEL F. TUBACH <br><br> Attorney for Defendant <br> JHL BIOTECH, INC. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 24, 2019

LAURIE CARR MIMS