UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XANTHE LAM, et al.,<br><br>　　　　Defendants. | No. C 18-06582 WHA<br><br>**ORDER RE JOINT STATUS UPDATE** |

The parties are to submit a further joint status update by November 12, 2021.

**IT IS SO ORDERED.**

Dated: October 6, 2021.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE