KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - #158708
epeters@keker.com
LAURIE CARR MIMS - #241584
lmims@keker.com
CODY S. HARRIS - #255302
charris@keker.com
MAYA PERELMAN - #318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
GENENTECH, INC.

*[See next page for additional counsel]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> XANTHE LAM, an individual, ALLEN LAM, an individual, JAMES QUACH, an individual, ROSE LIN, an individual, and DOES 1-50, <br><br> Defendants. | Case No. 3:18-cv-06582-WHA <br><br> **STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN** <br><br> Dept.:     Courtroom 12 - 19th Floor <br> Judge:    Hon. William Alsup <br><br> Date Filed: October 29, 2018 |

STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT
INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

| | |
|---|---|
| LAW OFFICES OF FRANK SCOTT MOORE<br>FRANK SCOTT MOORE<br>fsmoore@pacbell.net<br>235 Montgomery Street, Suite 440<br>San Francisco, CA 94104<br>Tel: (415) 292-6091<br>Fax: (415) 292-6694<br><br>Attorneys for Defendants<br>ALLEN LAM and XANTHE LAM<br><br>BOERSCH & ILLOVSKY LLP<br>MARTHA A. BOERSCH<br>martha@boersch-illovsky.com<br>1611 Telegraph Avenue, Suite 806<br>Oakland, CA 94612<br>Telephone:   415-500-6640<br><br>Attorneys for Defendant<br>JAMES QUACH | RAMSEY & EHRLICH LLP<br>MILES F. EHRLICH<br>AMY E. CRAIG<br>miles@ramsey-ehrlich.com<br>amy@ramsey-ehrlich.com<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone:   (510) 548-3600<br>Facsimile:    (510) 291-3060<br><br>Attorneys for Defendant<br>ROSE LIN |

STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT
INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

Plaintiff Genentech, Inc. and Defendants Allen Lam, Xanthe Lam, James Quach and Rose Lin, having met, conferred, and agreed to resolve their dispute upon execution of their respective Settlement Agreements, hereby stipulate to entry of the executed Consent Judgment and Permanent Injunction submitted herewith, subject to the Court's approval.

Respectfully submitted,

Dated: December 13, 2021

KEKER, VAN NEST & PETERS LLP

By: *s/Laurie Carr Mims*
LAURIE CARR MIMS

Attorneys for Plaintiff
GENENTECH, INC.

Dated: December 13, 2021

LAW OFFICES OF FRANK SCOTT MOORE

By: *s/Frank Scott Moore*
FRANK SCOTT MOORE

Attorneys for Defendants
ALLEN LAM and XANTHE LAM

Dated: December 13, 2021

BOERSCH & ILLOVSKY LLP

By: *s/Martha A. Boersch*
MARTHA A. BOERSCH

Attorneys for Defendant
JAMES QUACH

Dated: December 13, 2021

RAMSEY & EHRLICH LLP

By: *s/Amy E. Craig*
AMY E. CRAIG

Attorneys for Defendant
ROSE LIN

1
STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 13, 2021

                                        *s/Laurie Carr Mims*
                                        LAURIE CARR MIMS

1

STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

# [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN

This matter is before the Court on the stipulation between Plaintiff Genentech, Inc. ("Genentech") and Defendants Allen Lam, Xanthe Lam, James Quach and Rose Lin (collectively, "the Individual Defendants").

**WHEREAS**, in this Action, Genentech alleges that the Individual Defendants misappropriated Genentech's confidential, proprietary, and/or trade secret information;

**WHEREAS,** Genentech and the Individual Defendants have agreed to settle the Action as set forth in their various Settlement Agreements ("Settlement Agreements");

**WHEREAS,** settlement of this Action allows Genentech and the Individual Defendants to avoid the substantial uncertainty and risks involved with prolonged litigation;

**WHEREAS,** settlement of this Action permits Genentech and the Individual Defendants to save litigation costs, as well as adhere to the judicially recognized mandate that encourages the settlement of litigation whenever possible;

**WHEREAS,** settlement of the Action serves the public interest by saving judicial resources;

**WHEREAS**, this [Proposed] Stipulated Consent Judgment and Permanent Injunction is part of the settlement of the Action and has been narrowly tailored to remedy the trade secret violations at issue, and is a reasonable measure to protect Genentech's trade secret information;

**WHEREAS,** the Parties believe that the Stipulated Consent Judgment and Permanent Injunction will provide important benefits to Genentech beyond the contractual agreement, including because it would allow Genentech to seek immediate relief from the Court for a violation of the injunction rather being forced to initiate a new lawsuit for breach of contract, and because a permanent injunction and consent judgment serves both Genentech's and the public's interests in deterring future wrongdoing; and

**GOOD CAUSE HAVING BEEN SHOWN,**

**IT IS HEREBY ORDERED, DECREED, and ADJUDGED as follows:**

1

STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

1. Allen Lam, Xanthe Lam, James Quach and Rose Lin are permanently enjoined as of the date hereof from using or disclosing to any third party any confidential Genentech information, including any documents or information derived, in whole or in part, from confidential Genentech information.[1] Notwithstanding the preceding, if after entry of the permanent injunction, any of the Individual Defendants through their employment are in a position to lawfully receive Genentech confidential information, use and/or disclosure of such information shall be permitted, provided, however, that during the ten-year period following entry of this permanent injunction, the Individual Defendants must provide Genentech 14 days' advance written notice prior to receiving such Genentech confidential information. Nothing in this agreement shall prevent or limit the Individual Defendants from cooperating in any criminal action or investigation related to the Action.

2. Allen Lam and Xanthe Lam are enjoined from working on the formulation, development, manufacturing process, analytical methods/assays, regulatory submissions, or commercialization of any biosimilar to rituximab, trastuzumab, dornase alfa, or bevacizumab prior to November 19, 2028.[2]

3. Rose Lin is enjoined from working on the formulation, development, manufacturing process, analytical methods/assays, regulatory submissions, or commercialization of any biosimilar to rituximab, trastuzumab, dornase alfa, or bevacizumab prior to November 19, 2026.[3]

4. James Quach is enjoined from working on the formulation, development, manufacturing process, analytical methods/assays, regulatory submissions, or commercialization

---

[1] Confidential Genentech information shall mean information that Genentech keeps confidential or is a trade secret as defined under Cal. Civ. Code § 3426.1(d) or 18 U.S.C. § 1839(3). Accordingly, to be clear, if Genentech voluntarily publicizes its confidential information, that information shall no longer be considered confidential.

[2] This represents seven years from the effective date of the Settlement Agreement between Genentech and Xanthe and Allen Lam.

[3] This represents five years from the effective date of the Settlement Agreement between Genentech and Rose Lin.

2
STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

of any biosimilar to rituximab, trastuzumab, dornase alfa, or bevacizumab prior to November 18, 2024.[4]

5. To the extent the Individual Defendants seek an exception to the prohibition set forth in Paragraphs 2-4, then the parties will meet and confer in good faith, with any disputes to be decided by the Magistrate Judge.

6. Each party shall bear its own costs and attorneys' fees.

7. This Permanent Injunction supersedes and extinguishes the Order granting provisional relief with respect to the Individual Defendants (the "Preliminary Injunction") entered by the Court in this Action on March 1, 2019 (Dkt. No. 128 at 36–39).

8. This Action is dismissed with prejudice as to the Individual Defendants. Provided, however, this Court shall retain jurisdiction over Genentech and the Individual Defendants for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction and over any disputes regarding the interpretation or enforcement of the Settlement Agreements, for a period of three (3) years following the entry of this order.

**IT IS SO ORDERED, DECREED AND ADJUDGED** this 14th day of   December  , 2021 by:



The Honorable William Alsup
United States District Judge

---

[4] This represents three years from the effective date of the Settlement Agreement between Genentech and James Quach.

3
STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018

**AGREED TO:**

KEKER, VAN NEST & PETERS LLP

*s/Laurie Carr Mims*
LAURIE CARR MIMS

*Attorney for Plaintiff
Genentech, Inc.*

LAW OFFICES OF FRANK SCOTT MOORE

*s/Frank Scott Moore*
FRANK SCOTT MOORE

*Attorney for Defendants
Allen Lam and Xanthe Lam*

BOERSCH & ILLOVSKY LLP

*s/Martha A. Boersch*
MARTHA A. BOERSCH

*Attorneys for Defendant
James Quach*

RAMSEY & EHRLICH LLP

*s/Amy E. Craig*
AMY E. CRAIG

*Attorneys for Defendant
Rose Lin*

---

4
STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT
INJUNCTION AS TO DEFENDANTS ALLEN LAM, XANTHE LAM, JAMES QUACH AND ROSE LIN
Case No. 3:18-cv-06582-WHA

1778018